UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

NORMAN QUARTERMOUSE     Plaintiff

v.     Civil Action No. 3:19-cv-264-DJH

BULLITT COUNTY FISCAL COURT et al     Defendant

\* \* \* \* \*

## SCHEDULING ORDER

The Court conducted a telephonic Rule 16 scheduling conference in this matter on June 27, 2019, with the following counsel participating:

    For Plaintiff(s):    Timothy Denison

    For Defendant(s):    Carol S. Petitt

Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Initial disclosures pursuant to FRCP 26(a)(1) shall be completed no later than **July 1, 2019**.

(2) Any motion to amend pleadings or motion to join additional parties shall be filed no later than **October 31, 2019.**

(3) Identification of experts in accordance with FRCP 26(a)(2) shall be due

    By Plaintiff:    no later than **March 2, 2020**

    By Defendants:    no later than **April 15, 2020.**

(4)     The parties shall complete all discovery no later than **December 31, 2019.** No motion pertaining to discovery may be filed without first having a joint telephonic conference with Magistrate Judge Edwards arranged through her chambers.

(5)     No later than **June 1, 2020**, counsel for the parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

(6)     A telephonic status conference is scheduled for **August 26, 2019 at 10:00 a.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge. The Court will initiate the call.

Date:  June 27, 2019             **ENTERED BY ORDER OF THE COURT**

                                                                **REGINA S. EDWARDS**
                                                                **UNITED STATES MAGISTRATE JUDGE**
                                                                **VANESSA L. ARMSTRONG, CLERK**
                                                               **By: /s/** *Ashley Henry*
                                                                     **Deputy Clerk**

cc: Counsel of Record

0|10