# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**NORMAN QUARTERMOUSE**                                            **PLAINTIFF**

**v.**                        **CIVIL ACTION NO 3:19-CV-264-DJH**

**BULLITT COUNTY FISCAL COURT et al**                          **DEFENDANT**

## **ORDER**

     A telephonic status conference was conducted in this matter on August 26, 2019. Timothy Denison participated on behalf of the plaintiff. Douglas Scott Porter participated on behalf of the defendants.

     Based on a discussion, the parties are proceeding with the case in accordance with the scheduling order entered on June 27, 2019 (DN 11). A further telephonic status conference is scheduled for **December 4, 2019 at 10:00 a.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge. The Court will initiate the call.

Date: August 26, 2019         **ENTERED BY ORDER OF COURT:**
                                          **REGINA S. EDWARDS, MAGISTRATE JUDGE**
                                          **UNITED STATES DISTRICT COURT**
                                          **VANESSA L. ARMSTRONG, CLERK**
                                          **By:**    /s/  *Ashley Henry*
                                                        **Deputy Clerk**

Copies to counsel

0|05