UNITED STATES OF AMERICA
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
NO. 3:19-cv-264-DJH

**NORMAN QUARTERMOUSE**                                             PLAINTIFF

v.                              **AGREED ORDER**

**BULLITT COUNTY FISCAL COURT, ET AL**                    **DEFENDANTS**

\*\*\*\*\*\*\*\*\*\*

Come the parties, by counsel, and hereby agree as follows:

1. That Plaintiff shall have an additional ten (10) days within which to respond to the Motion for Summary Judgment, up to and including Monday, October 7, 2019.

2. That Defendants shall thereafter also have ten (10) days additional extended to their normal response time within which to reply to said response, up to and including Friday, November 1, 2019.

HAVE SEEN AND AGREED:

| | |
|---|---|
| /s/ Timothy Denison | /s/ Douglas Scott Porter |
| TIMOTHY DENISON | CAROL S. PETITT |
| Counsel for Plaintiff | DOUGLAS SCOTT PORTER |
| 235 South Fifth Street | 7500 West Highway 146 |
| The Third Floor | VAUGHN PETITT LEGAL GROUP |
| Louisville, Kentucky 40202-3226 | Pewee Valley, Kentucky 40056 |
| (502) 589-6916; (FAX) 568-6919 | (502) 243-9797; (Fax) 502-243-9684 |
| timothydenison@aol.com | cpetitt@vplegalgroup.com |
| | sporter@vplegalgroup.com |
| | COUNSEL FOR DEFENDANTS |

_____
JUDGE, U.S. DISTRICT COURT


DATE:_____