UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00264-DJH

*Electronically Filed*

| | |
|---|---|
| NORMAN QUARTERMOUSE | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) |
| | ) |
| BULLITT COUNTY FISCAL COURT, *et al*. | ) |
| | ) |
| DEFENDANTS | ) |

## AGREED SCHEDULING ORDER

Come the parties, by counsel, and pursuant to the Court's January 5, 2021 Order [DN 39] hereby agree to the following proposed discovery schedule:

1. All fact discovery shall be completed on or before April 15, 2021;

2. The identification of experts in accordance with FRCP 26(a)(2) shall be due:

   **By Plaintiff** – no later than sixty (60) days following the due date for completion of fact discovery; and,

   **By Defendants** – no later than forty-five (45) days following the due date for the disclosure of experts by the Plaintiff.

3. The deadline for the parties to file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999) shall be forty-five (45) days following the due date for the disclosure of experts by the Defendants.

| | |
|---|---|
| /s/ Carol S. Petitt | /s/ Timothy Denison (with permission) |
| Carol Schureck Petitt | Timothy Denison |
| Adam E. Fuller | 235 South Fifth Street |
| VAUGHN PETITT LEGAL GROUP PLLC | The Third Floor |
| 7500 West Highway 146 | Louisville, Kentucky 40202-3226 |
| Pewee Valley, Kentucky 40056 | (502) 589-6916 |
| (502) 243-9797 | timothydenison@aol.com |
| cpetitt@vplegalgroup.com | COUNSEL FOR PLAINTIFF |
| afuller@vplegalgroup.com | |
| COUNSEL FOR DEFENDANTS | |