UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00264-DJH

*Electronically Filed*

| | |
|---|---|
| NORMAN QUARTERMOUSE | ) |
| PLAINTIFF | ) |
| v. | ) |
| BULLITT COUNTY FISCAL COURT, *et al*. | ) |
| DEFENDANTS | ) |

## JOINT STATUS REPORT

Come the parties, by counsel, and pursuant to the Court's September 2, 2021 Order [DN 56] hereby state as follows:

1. On July 30, 2021, Plaintiff tendered a settlement demand to the Defendants.

2. Defendants filed their renewed Motion for Summary Judgment on September 8, 2021. [DN 57].

3. Plaintiff believes that a settlement conference could be helpful in this matter; Defendants disagree with this position pending resolution of the renewed dispositive motion Defendants filed on September 8, 2021.

| | |
|---|---|
| /s/ Carol S. Petitt | /s/ Timothy Denison (with permission) |
| Carol Schureck Petitt | Timothy Denison |
| Adam E. Fuller | 235 South Fifth Street |
| VAUGHN PETITT LEGAL GROUP PLLC | The Third Floor |
| 7500 West Highway 146 | Louisville, Kentucky 40202-3226 |
| Pewee Valley, Kentucky 40056 | (502) 589-6916 |
| (502) 243-9797 | timothydenison@aol.com |

cpetitt@vplegalgroup.com	COUNSEL FOR PLAINTIFF
afuller@vplegalgroup.com
COUNSEL FOR DEFENDANTS