# Receipt of Non-Electronic Document

**Case #:  3:19-cv-00264-DJH-RSE**

**Date Filed: September 9, 2021**

**Filer & Counsel:** Bullitt County Fiscal Court & Angela Greenup

Carol S. Petitt
Vaughn Petitt Legal Group, PLLC
7500 W. Hwy 146, Suite 100
Pewee Valley, KY 40056

**Received by: Kim Ferguson**

**Re: Document No., if applicable: DN#57**

**Detailed Description of Document(s) filed, but NOT SCANNED:**

**Thumb drive   PNY brand, purple and gray in color**